IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 14-cv-01973-JLK

DEANNA CHAVEZ and SAMANTHA WALKER, minor child,

    Plaintiffs,

v.

LIBERTY ACQUISITIONS SERVICING, LLC, a Delaware limited liability company,

    Defendant.

## ORDER

Kane J.

    The parties first filed a Stipulated Motion to Amend the Scheduling Order (Doc. 31) on January 26, 2015. In that motion, the parties sought to extend the deadlines for: (1) joinder of parties, (2) amendment of pleadings, (3) the completion of discovery, (4) the filing of dispositive motions, (5) the disclosure of expert witnesses, (6) the service of interrogatories, and (7) the service of requests for production of documents. The parties also sought permission to conduct up to twenty depositions. Finding that the parties had failed to provide sufficient justification for the requested modifications, I ordered the parties to file a supplemental pleading justifying the amendments proposed in their Stipulated Motion to Amend the Scheduling Order no later than February 11, 2015.

    Pursuant to that order, the parties filed an Amended Stipulated Motion to Amend Scheduling Order (Doc. 35), which more fully explains the need for their requested amendments to the Scheduling Order. Having reviewed that pleading, I find the parties have adequately explained the requested amendments, and that those amendments will not unduly or

unnecessarily delay these proceedings.  Accordingly, the parties Amended Stipulated Motion to Amend Scheduling Order (Doc. 35) is GRANTED and the Stipulated Motion to Amend the Scheduling Order (Doc. 31) is DENIED as moot.  The corrected Stipulated Scheduling and Discovery Order (Doc. 35-1) will be signed and separately docketed.

Dated:  February 12, 2015

BY THE COURT:

s/ John L. Kane
Senior U.S. District Court Judge