UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 14-cv-01973-JLK

DEANNA CHAVEZ and SAMANTHA WALKER, minor child,

    Plaintiffs,

v.

LIBERTY ACQUISITIONS SERVICING, LLC, a Delaware limited liability company,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the plaintiffs' Motion to Amend the Scheduling Order to Extend the Discovery Cutoff Deadline (Doc. 47). After consideration, the motion is DENIED WITHOUT PREJUDICE.

The appropriate remedy is to move for sanctions, including judgment, against the defendant Liberty Acquisitions Servicing, LLC for failure to comply with discovery. Once filed, the motion will be set for hearing and further steps will be taken depending on the ruling on the motion for sanctions.

The sale of assets and/or the termination of employees does not, as a matter of law, relieve a party from complying with the rules of discovery.

DATED this 23rd day of June, 2015.

BY THE COURT:

_____
John L. Kane
SENIOR U.S. DISTRICT COURT JUDGE